MICHAEL F. HEAFEY (SBN: 153499)
mheafey@heafey-law.com
The Law Offices of Michael F. Heafey
1325 Howard Street, No. 160
Burlingame, California 94010
Telephone: (650) 346-4161

ROBERT KENT (SBN: 250905)
kent@turnerboyd.com
ZHUANJIA GU (SBN: 244863)
gu@turnerboyd.com
Turner Boyd LLP
155 Bovet Road, Suite 750
San Mateo, California 94402
Telephone: (650) 521-5930

JOSEPH AKROTIRIANAKIS (SBN: 197971)
jakro@kslaw.com
King & Spalding LLP
633 W. Fifth Street, Ste. 1600
Los Angeles, California 90071
Telephone: (213) 443-4355

A*ttorneys for Plaintiff*
ADVANCED SILICON GROUP TECHNOLOGIES, LLC

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADVANCED SILICON GROUP TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>HANWHA Q CELLS & ADVANCED MATERIALS CORPORATION; HANWHA Q CELLS MALAYSIA SDN. BHD; HANWHA SOLUTIONS CORP.; HANWHA Q CELLS (QIDONG) CO., LTD; HANWHA Q CELLS GMBH HANWHA Q CELLS USA CORP; HANWHA Q CELLS AMERICA, INC.; HANWHA Q CELLS EPC USA LLC; HANWHA ENERGY USA HOLDINGS CORP. (d/b/a 174 POWER GLOBAL CORPORATION); and HQC ROCK RIVER SOLAR HOLDINGS LLC.<br><br>Defendants. | Case No.: 8:21-cv-01034-CJC-KES<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Advanced Silicon Group Technologies, LLC hereby dismisses this matter as to all Defendants Hanwha Q Cells & Advanced Materials Corporation; Hanwha Q Cells Malaysia SDN. BHD; Hanwha Solutions Corp.; Hanwha Q Cells (Qidong) Co., Ltd; Hanwha Q Cells Gmbh Hanwha Q Cells USA Corp; Hanwha Q Cells America, Inc.; Hanwha Q Cells Epc USA LLC; Hanwha Energy USA Holdings Corp. (D/B/A 174 Power Global Corporation); And HQC Rock River Solar Holdings LLC, without prejudice.

DATED: May 1, 2023

                                                     Respectfully submitted,

By: */s/ Robert Kent*
     MICHAEL F. HEAFEY (SBN: 153499)
     mheafey@heafey-law.com
     The Law Offices of Michael F. Heafey
     1325 Howard Street, No. 160
     Burlingame, California 94010
     Telephone: (650) 346-4161

     ROBERT KENT (SBN: 250905)
     kent@turnerboyd.com
     ZHUANJIA GU (SBN: 244863)
     gu@turnerboyd.com
     Turner Boyd LLP
     155 Bovet Road, Suite 750
     San Mateo, California 94402
     Telephone: (650) 521-5930

     JOSEPH AKROTIRIANAKIS
     (SBN: 197971)
     jakro@kslaw.com
     King & Spalding LLP
     633 W. Fifth Street, Ste. 1600
     Los Angeles, California 90071
     Telephone: (213) 443-4355

     *Attorneys for Plaintiff*
     ADVANCED SILICON GROUP
     TECHNOLOGIES, LLC